IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWAYNE ANTHONY SULLIVAN,** | CIV S-02-1148 MCE KJM |
| Petitioner, | **ORDER ENLARGING TIME** |
| v. | |
| **SCOTT M. KERNAN, Acting Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a sixty-day enlargement of time to and including August 30, 2005, to file an answer to petitioner's amended petition for writ of habeas corpus, is hereby GRANTED.

Dated: June 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE