Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Dwayne Anthony Sullivan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ANTHONY SULLIVAN, | No. CIV S 02-1148 MCE KJM |
| Petitioner, | ORDER |
| vs. | |
| SCOTT M. KERNAN, Acting Warden, California State Prison-Sacramento, and JEANNE S. WOODFORD, Director California Department of Corrections, | |
| Respondents. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Mark D. Eibert shall be substituted in as counsel in place of Victor S. Haltom.

Dated:  January 19, 2007.

_____
U.S. MAGISTRATE JUDGE