Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Dwayne Anthony Sullivan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ANTHONY SULLIVAN,<br><br>    Petitioner,<br><br>    vs.<br><br>SCOTT M. KERNAN, Acting Warden,<br>California State Prison-Sacramento, and<br>JEANNE S. WOODFORD, Director California<br>Department of Corrections,<br><br>    Respondents. | No. CIV S 02-1148 MCE KJM<br><br>ORDER |

        Pursuant to his Unopposed Motion to Set Date for Filing of Traverse, and for the reasons stated therein, IT IS HEREBY ORDERED that Petitioner shall have until May 16, 2007 to file a Traverse.

Dated:  February 15, 2007.

_____
U.S. MAGISTRATE JUDGE