UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ANTHONY SULLIVAN,<br><br>　　　　Petitioner,<br><br>　　vs.<br>SCOTT M. KERNAN, Acting Warden,<br>California State Prison-Sacramento, and<br>JEANNE S. WOODFORD, Director California<br>Department of Corrections,<br><br>　　　　Respondents. | No. CIV S 02-1148 MCE KJM<br><br>ORDER |

　　　　Pursuant to Petitioner's unopposed motion for extension of time (docket no. 44) and for the reasons stated therein, IT IS HEREBY ORDERED that counsel for petitioner shall have until October 26 to file any objections to the Magistrate Judge's Findings and Recommendations in this case.

DATED: October 7, 2009.

_____
U.S. MAGISTRATE JUDGE